A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jun 15, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 15 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 28, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION
Westmill Foods, Ltd. v. Riviana Foods, Inc., et al.,
    E.D. Arkansas, C.A. No. 4:09-338
Van Sillevoldt Rijst B.V. v. Riviana Foods, Inc., et al.,
    E.D. Arkansas, C.A. No. 4:09-377

MDL No. 1811

## CONDITIONAL TRANSFER ORDER (CTO-30)

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 263 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:



Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 15, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION